IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07CV3-MU

| | | |
|---|---|---|
| THERESA YVONNE GRAHAM, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | ORDER |
| THE CHARLOTTE OBSERVER, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

This matter is before the court upon its own motion. On August 28, 2007, this court entered a show cause Order allowing the *pro se* Plaintiff ten days to show cause why this case should not be dismissed for failure to prosecute. The Plaintiff has failed to respond to the court's Order. Accordingly,

IT IS THEREFORE ORDERED that this case is hereby dismissed for failure to prosecute.

Signed: September 12, 2007

Graham C. Mullen
United States District Judge